# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **JEANNIE LARGENT COSBY,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:19-cv-00064-MR |
| | ) | 1-07-cr-00033-MR-WCM-3 |
| vs. | ) | |
| | ) | |
| **JODY UPTON Warden FMC Carswell,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 24, 2019 Order.

June 24, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court